**DENIED and Opinion Filed October 23, 2023**



**In The**

**Court of Appeals**

**Fifth District of Texas at Dallas**

_____

**No. 05-23-00998-CV**
_____

**IN RE THELMEKIA WILLIAMS, Relator**

**Original Proceeding from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-21-15152**

## MEMORANDUM OPINION

Before Justices Molberg, Goldstein, and Breedlove
Opinion by Justice Goldstein

Before the Court is relator's October 9, 2023 petition for writ of mandamus. Relator challenges whether the trial court's June 6, 2023 Final Judgment is a final judgment. She asks this Court to, among other things, order the trial court to consider the merits of relator's August 28, 2023 motion for new trial or, alternatively, to enter a final judgment in the underlying case.

Entitlement to mandamus relief requires relator to show that the trial court clearly abused its discretion and that relator lacks an adequate appellate remedy. *In re Prudential Ins. Co. of Am.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig.

proceeding). After reviewing relator's petition and the record before us, we conclude that relator has failed to demonstrate entitlement to mandamus relief.

Accordingly, we deny the petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a).

/Bonnie Lee Goldstein/

230998f.p05

BONNIE LEE GOLDSTEIN
JUSTICE